United States District Court
For The Western District Of
Virginia

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE. VA
FILED

MAR 18 2024

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

Demetrius D. Wallace,
Plaintiff,

Us.

COMPLAINT
"Jury Trial Demanded"
Civil Action No. 7:24-CV-00194
Hon. Dillon

Director Chadwick S. Dodson, et. al.
In their individual and official capacities,
Defendant(s),

# INTRODUCTION

(1.) This is a civil rights action filed by Deme-
trius D. Wallace, a state prisoner, for damages
and injunctive relief under 42 U.S.C. § 1983,
alleging excessive use of force and denial of
medical care in violation of the Eighth Amend-
ment to the United States Constitution and
confinement in segregation in violation of the
Due Process Clause of the Fourteenth Amendment
to the Constitution.

(2.) The plaintiff, Demetrius D. Wallace, also
alleges the torts of assault, battery,
and negligence.

-1-

# JURISDICTION

(3.) This is a civil action authorized by 42 U.S.C. Section "1983" to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States.

(4.) This cause of action arises under the United States Constitution, enforcable pursuant to 42 U.S.C. §1983.

(5.) The court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3).

(6.) Plaintiff, Demetrius D. Wallace, claim for Injunctive relief are authorized by 28 U.S.C. Section 2283, 2284, and Rule 65 of the Federal Rules of Civil Procedure.

(7.) The court has supplemental jurisdiction over the plaintiff, Demetrius D. Wallace, state law tort claims under 28 U.S.C. §1367.

# VENUE

(8.) The United States District Court for the Western District of Virginia 210 Franklin Road, SW, Suite 540 Roanoke, Virginia

-2-



24011-2208 is an appropriate venue under
28 U.S.C. Section 1391 (b) (2) because it's
where the events giving rise to these claims
detailed within this complaint occurred.

## PARTIES

(9.) Plaintiff, Demetrius D. Wallace, was incarcerated
at Red Onion State Prison during the events
described in this complaint.

(10.) Defendant, Chadwick S. Dotson, is the
director of the Virginia Department of Corrections.
He is sued in his individual and official capa-
cities.

(11.) Defendant, Gregory Holloway, is Regional Operations
Chief of the Western Region of the Virginia
Department of Corrections. He is sued in his
individual and official capacities.

(12.) Defendant, Rick White, is the Warden of
Red Onion State Prison. He is sued in his
individual and official capacities.

(13.) Defendant, Johnny Hall, is the major at
Red Onion State Prison. He is sued in
his individual and official capacities.

(14.) Defendant, Messingale, is a lieutenant at

- 3 -

Red Onion State Prison. He is sued in his
individual capacities.

(15.) Defendant, Smith, is a sergeant of Red
Onion State Prison. She is sued in her
individual capacity.

(16.) Defendant(s), John Doe, John Doe #2,
John Doe #3, and John Doe #4 are
sergeants employed at Red Onion State
Prison whose names are presently unknown
to plaintiff, Demetrius P. Wallace. They are
sued in their individual capacities.

(17.) Defendant, Dotson, is a correctional officer
employed at Red Onion State Prison. He is
sued in his individual capacity.

(18.) Defendant, Milgrim, is a correctional officer
employed at Red Onion State Prison. He is
sued in his individual capacity.

(19.) Defendant(s), John Doe #5, John Doe #6,
John Doe #7, John Doe #8, John Doe #9,
and John Doe #10 are correctional officers
employed at Red Onion State Prison whose
names are presently unknown to plaintiff,
Demetrius D. Wallace. They are sued in their
individual capacities.

(20.) Defendant, Jane Doe, is a nurse employed

- 4 -

at Red Onion State Prison. She is sued
in her individual and official Capacities.

# PLAINTIFF

(21.) Plaintiff, Demetrius D. Wallace, was and
is at all times mentioned here within this
complaint, a prisoner of the State of Virginia
in the custody of the Virginia Department
of Corrections (VADOC).

(22.) He is currently confined in Red Onion State
Prison in Pound, Virginia.

# PREVIOUS LAWSUIT(s) by PLAINTIFF

(23.) Plaintiff, Demetrius D. Wallace, has no other
lawsuits dealing with the same facts involved
in this action or otherwise dealing with or
relating to his imprisonment.

# DEFENDANT(s)

(24.) The defendant, Chadwick S. Dotson, is
the Director of the State of Virginia
Department of Corrections. He is legally

responsible for the overall operations of
the Virginia Department of Corrections and each
Institution under it's jurisdiction, including
Red Onion State Prison.

(25.) The defendant, Gregory Holloway, is the
Regional Operations Chief of the Western
Region of the Virginia Department of Corrections.
He is legally responsible for operation of all
of the prison in the state of Virginia within
the Western Region, including Red Onion
State Prison.

(26.) The defendant, Rick White, is the Warden
of Red Onion State Prison. He is legally respon-
sible for the operation of Red Onion State Pri-
son and for the welfare of all the inmates in
the prison.

(27.) The defendant, Johnny Hall, is the Major
of Red Onion State Prison. He is responsible
for the overall safety of inmates and the
institution.

(28.) The defendant, Massingale, is a Lieutenant
at Red Onion State Prison. He was the Watch
Command and Supervisor of the shift that
the incident detailed here within happened
on.

- 6 -

(29.) The defendant, Smith, is a Sergeant at Red Onion State Prison. She was responsible over the staff and inmates inside of "A" building on her shift.

(30.) The defendant, John Doe, is a Sergeant at Red Onion State Prison that responded to the incident detailed here within this complaint.

(31.) The defendant, John Doe #2, is a Sergeant at Red Onion State Prison that responded to the incident detailed here within this complaint.

(32.) The defendant, John Doe #3, is a Sergeant at Red Onion State Prison that responded to the incident detailed here within this complaint.

(33.) The defendant, John Doe #4, is a Sergeant at Red Onion State Prison that responded to the incident detailed here within this complaint.

(34.) The defendant, Dotson, is a correctional officer of the State of Virginia Department of Corrections who, at all times mentioned in this complaint, held the rank of Corrections Officer and was assigned to Red Onion State Prison.

(35.) The defendant, Milgrim, is a correctional officer of the State of Virginia Department of Corrections who, at all times mentioned in this complaint, held the rank of Corrections Officer and was assigned to Red Onion State Prison.

(36.) The defendant, John Doe #5, is a correctional officer of the State of Virginia Department of Corrections who, at all times mentioned in this complaint, held the rank of Corrections Officer and was assigned to Red Onion State Prison.

(37.) The defendant, John Doe #6, is a correctional officer of the State of Virginia Department of Corrections who, at all times mentioned in this complaint, held the rank of Corrections Officer and was assigned to Red Onion State Prison.

(38.) The defendant, John Doe #7, is a correctional officer of the State of Virginia Department of Corrections who, at all times mentioned in this complaint, held the rank of Corrections Officer and was assigned to Red Onion State Prison.

(39.) The defendant, John Doe #8, is a correctional officer of the State of Virginia Department of Corrections who, at all times menti-

- 8 -



oned in this complaint, held the rank of
Corrections Officer and was assigned to Red
Onion State Prison.

(40.) The defendant, John Doe #9, is a correct-
ional officer at the State of Virginia Department
of Corrections who, at all times mentioned in
this complaint, held the rank of Corrections
Officer and was assigned to Red Onion
State Prison.

(41.) The defendant, John Doe #10, is a correctional
officer at the State of Virginia Department of
Corrections who, at all times mentioned in this
complaint, held the rank of Corrections Officer
and was assigned to Red Onion state Prison.

(42.) The defendant, Jane Doe, is a nurse at
Red Onion State Prison and is legally responsible
to check all inmates after they are involved in
any type of physical altercation.

(43.) At all times mentioned in this complaint each
defendant acted under the color of State law.

## STATEMENT OF FACTS

(44.) On the date of November 25th 2023 I
was Incarcerated at Red Onion State Prison.

(45.) I was out of my cell on the pod enjoy-
ing my out of bed area activities.

(46.) At the end of my out of bed area activity
time, I approached Correctional officer's Dotson
and Milgrim and made them aware that
I have been having problems with my sink
and toilet for weeks and they still haven't
been fixed.

(47.) Officer's Milgrim and Dotson then became
extremely aggressive and hostile towards me
saying things such as "Shut the fuck up", "Get
the fuck out of my face", "Lock your dumb
ass down", and various other things that
were degrading and disrespectful.

(48.) I then stated that I just want my toilet
fixed because prior to this altercation I had
been using the restroom in the shower over
the duration of my toilet being broke.

(49.) Correctional Officer Milgrim then removed his
handcuffs from his waist and said "I'm
locking his dumb ass up" to Correctional Offic-
er Dotson, and then told me "Turn around
and cuff the hell up".

(50.) I was then cuffed by Correctional Officer
Milgrim. After placing the cuffs on my wrist



he squeezed the cuffs extremly tight to the
point where I had no blood flow or circulation
throughout both of my hands.

(51.) He then grabbed my arm in an aggressive
manner that had my elbow at an odd angle
and caused me extreme pain.

(52.) Correctional Officer McGrim then stated "I
hope one of these inmates beat your ass
while your in the hand cuffs."

(53.) I was then removed from the pod and
was told that I was being placed in the
hole for a "disobeying a direct order" charge
by the responding Sgt. of my build which is
Sgt. Smith.

(54.) Sgt. Smith responded to the incident with
Sgt. John Doe, Sgt. John Doe #3, Correctional
Officer's John Doe #5, John Doe #6, John
Doe #7, John Doe #8, and John Doe #9 to
transport me to segregation.

(55.) Once we made it to segregation I turned to
Sgt. Smith and asked her "Why am I being
placed in segregation if all I wanted was
my toilet fixed?"

(56.) Sgt. Smith then looked at me and said
"Stop fucking talking to me and looking at me"

- 11 -

me" as she removed her mace canister.

(57.) I then told Sgt. Smith that I could look wherever I want and that she can't tell me where to look and where not to look.

(58.) Sgt. Smith then maced me directly in my face and eyes at point blank range for no reason.

(59.) After I was maced, Sgt. John Doe, Sgt. John Doe #3, Correctional Officer John Doe #5, John Doe #6, John Doe #7, John Doe #8, and John Doe #9 then lifted me off of my feet into the air and then slammed me extremely hard onto a solid concrete floor while I was in handcuffs and shackles.

(60.) While on the ground they proceeded to put there knees on my back and neck causing me extremly unbearable pain in my back and also unable to breath due to the knee's that were on my neck/facial region.

(61.) I started to gasp for air telling that I cant breath and that I have rods in my leg to replace my femur and they continued to apply pressure to it as I called out begging them to stop.

(62.) Lt. Massingale, Sgt John Doe #2, Sgt John Doe #4, and

correctional officer #10 then responded to
this incident and then told me to stand
up but I couldn't due to all of the knee's
that were on various parts of my body.

(63.) They then removed their knees off of me
and then I stood up to the best of my abilities.

(64.) Once I was completely erect I made them
aware that I couldn't feel my legs and asked
them could they please fix my leg shackles be-
cause they had become to tight while I was
on the ground and they were on top of me.

(65.) After I asked them several more times (because
they were ignoring me) I was then assaulted
again by all of them and then threw in a
Segregation cell.

(66.) While in my cell in segregation I continued to
ask every employee of the prison that would walk
pass to please get the nurse for me because
I was in unbearable pain all over my body and
still had an tremendous amount of mace in my
eyes.

(67.) Even though it's Virginia Department of Corrections
policy to have a nurse check an inmate out
after any force is used, a nurse was never
provided to me.

- 13 -

(68.) I then over the course of the next
couple of days after the incident, wrote
the medical administrator to try and get
checked out but never recieved a reponse.

(69.) Also I had to submit multiple written
complaints and grievances because the insti-
tution kept acting like they lost my paper
work that I was filing because I made
them aware that I wanted all of the
body cam footage saved for a future civil
suit. (See Exhibit's IV, V, VI, VII, VIII, X,
and XI).

(70.) Lastly, I would like this honorable court to
know that these are not just mere allegations,
these are all facts that were observed on
Video footage that has been saved. (See Exh-
ibit XII).

(71.) All of the defendants mentioned in these
facts lacked penological and/or security
justification to treat plaintiff, Demetrius P.
Wallace in the manner as described above.

(72.) All of the defendants mentioned above acted
wantonly, maliciously, and willfully to cause
plaintiff, Demetrius P. Wallace pain and
suffering.

# STATEMENT OF CLAIM

(73.) At all times here within, the defendant(s) were "persons" for purposes of 42 U.S.C. Section "1983" and acted under color of law to deprive the plaintiff, Demetrius D. Wallace, of his constitutional rights, as set forth more fully detailed within this complaint.

# EXHAUSTION OF LEGAL REMEDIES

(74.) Plaintiff, Demetrius D. Wallace, used the prisoner grievance procedure available at Red Onion State Prison to try and solve the problems detailed within this complaint.

(75.) After presenting the facts to the appropriate authorities within the prison and outside of the prison through written complaints and then through grievances, plaintiff, Demetrius D. Wallace, was sent a response to each grievance stating that they had been denied and unfounded.

(76.) Due to this, plaintiff, Demetrius D. Wallace, has exhausted his administrative remedies with

respect to all claims and defendant(s). (See
Exhibit's IV, V, VI, VII, VIII, IX, X,
and XI)

## LEGAL CLAIMS FOR RELIEF

(77.) Plaintiff, Demetrius D. Wallace, allege and inc-
orporate by reference paragraphs 1-76

(78.) The beating and deliberate indifference to
medical needs violated plaintiff, Demetrius D.
Wallace, rights and constituted cruel and
unusual punishment under the Eighth Amend-
ment to the United States Constitution.

(79.) The plaintiff, Demetrius D. Wallace, has no plan,
adequate or complete remedy at law to redress
the wrongs described here within. Plaintiff, De-
metrius D. Wallace, has been and will continue
to be irreparably injured by the conduct of
the defendants unless this court grants the
declatory and injunctive relief which plaintiff,
Demetrius D. Wallace, seeks.

## PRAYER FOR RELIEF WHEREFORE

(20.) Plaintiff, Demetrius D. Wallace, respectfully

-16-

prays that this court enter judgment grant-
ing plaintiff:

(A.) Issue a declatory judgment stating that:

    (1.) The physical abuse of the plaintiff by
    defendant(s) Milgrim, Dotson, Sgt. Smith,
    Sgt. John Doe, Sgt. John Doe #3, Correctional
    Officers John Doe #5, John Doe #6, John
    Doe #7, John Doe #8, John Doe #9, Lt. M-
    assingale, Sgt. John Doe #2, and Sgt. John
    Doe #4 violated the plaintiff's rights under
    the Eighth Amendment to the United States
    Constitution and constituted an assault and
    battery under state law.

    (2.) Defendant(s), Major Hall, Sgt. Smith, and Lt.
    Massingale's failure to take action to curb
    the physical abuse of prisoners violated the
    plaintiff's rights under the Eighth Amendment
    to the United States Constitution and const-
    ituted an assault and battery under state law.

    (3.) Defendant, Nurse Jane Doe, actions in fail-
    ing to provide adequate medical care for the
    plaintiff violated the plaintiff's rights under
    the Eighth Amendment to the United Sta-
    tes Constitution.

(B.) Issue an injunction ordering defendants Rick
White, Major Hall, or their agents to:
(1.) Immediately arrange for the plaintiff's need
for physical therapy or other follow up medi-
cal treatment to be evaluated by a medical
practitioner with expertise in the treatment of
replaced femur bones; and
(2.) Carry out without delay the treatment dir-
ected by such medical practitioner.
(C.) Issue an injunction ordering defendant Major
Johnny Hall to:
(1.) Expunge the disciplinary convictions described in
this complaint from the plaintiff's institutional
record.
(D.) Award compensatory damages in the following
amounts:
(1.) $250,000.00 jointly and severally against
defendants Sgt. John Doe, Sgt. John Doe #2,
Sgt. John Doe #3, Sgt. John Doe #4, Correctional
Officer's John Doe #5, John Doe #6, John Doe
#7, John Doe #8, John Doe #8, John Doe #9,
and John Doe #10 for the physical and emot-
ional injuries sustained as a result of the plaintiff's
beating.
(2.) $50,000.00 jointly and severally against defen

dants Sgt. Smith and Lt. Massingale for
the physical and emotional injury that were
sustained as a result of the plaintiff's beating
also including deprivation of liberty, amenity
and emotional injury from their denial of due
process in connection with the false charge and
disciplinary proceedings relating to this matter.

(3.) $50,000.00 against defendants Rick White,
Major Johnny Hall, and Nurse Jane Doe for
the physical and emotional injury resulting
from their failure to provide adequate med-
ical care to the plaintiff.

(4.) $25,000.00 against defendant Gregory
Holloway for failing to properly investigate
the matters detailed in this complaint and
also failing to acknowledge multiple grievances
that were sent to him regarding this matter.

(E.) Award punitive damages in the following amounts:
(1.) $10,000.00 each against defendants Sgt. John
Doe, Sgt. John Doe #2, Sgt. John Doe #3, Sgt.
John Doe #4, Correctional Officer's John Doe
#5, John Doe #6, John Doe #7, John Doe
#8, John Doe #9, and John Doe #
10,

(2.) $20,000.00 each against defendant(s)
Sgt. Smith and Lt. Massingale;

(3.) $15,000.00 against defendant Jane Doe.

(F.) A jury trial on all issues triable by jury.

(G.) Plaintiff's cost in this suit.

(H.) Enter an injunction requiring the defendants, their
agents, subordinates, employees, and all others acting
in concert with them to cease their unconstitutional
and unlawful practices and to remedy their viol-
ations of the Constitution and the laws.

(I.) Any additional relief that this court deems just,
proper, and equitable.

Date:

_Demetrius Wallace_
Demetrius D. Wallace

Respectfully submitted,

Demetrius D. Wallace
#1705834
Virginia Centralized Mail Distribution Center
Red Onion State Prison
3521 Woods Way
State Farm, Virginia 23160

-20-

# Verification

I have read the foregoing complaint and I, plaintiff, Demetrius D. Wallace, state that I am the plaintiff in this action, and I know the content of the above complaint; that is true of my own knowledge, except as to those matters that are stated to be based on information and belief, as to those matters, I believe them to be true. I further state that I believe the factual assertations are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibits an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal, in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fee's. Pursuant to 28 U.S.C. §1746, I declare and verify under the penalty of perjury under the laws of the United

Case 7:24-cv-00194-EKD-CKM     Document 1     Filed 03/18/24     Page 22 of 22
Pageid#: 22

Demetrius P. Wallace
#1705834
Red Onion State Prison
P.O. Box 1900
Pound, Virginia 24279



VA DEPTARTMENT OF CORRECTIONS
HAS NEITHER CENSORED OR INSPECTED
ITEM THEREFORE THE DEPARTMENT DOES
NOT ASSUME ANY RESPONSIBILITY
FOR IT'S CONTENTS

US POSTAGE ™PITNEY BOWES
ZIP 24279     $ 011.55⁰
02 4W
0000366944 MAR 14 2024

RECEIVED
DATE
MAR 14 2024
MAILROOM

Clerk, United States District Court
210 Franklin Road, SW, Suite 540
Roanoke, Virginia 24011-2208





Confidential

USPS TRACKING #
9114 9999 4431 4768 6344 74