Additional Defendant(s) Names & Addresses

The defendant, Gregory Holloway, address is 3313 Plantation Road, NE Roanoke, Virginia 24021

The defendant, Rick White, address is P.O. Box 970 Pound, Virginia 24279

The defendant, Johnny Hall, address is P.O. Box 970 Pound, Virginia 24279

The defendant, Massingale, address is P.O. Box 970 Pound, Virginia 24279

The defendant, Smith, address is P.O. Box 970 Pound, Virginia 24279

The defendant, John Doe, address is P.O. Box 970 Pound, Virginia 24279

The defendant, John Doe #2, address is P.O. Box 970 Pound, Virginia 24279

The defendant, John Doe #3, address is P.O. Box 970 Pound, Virginia 24279

- Exhibit I -

The defendant, John Doe #4, address is P.O. Box 970 Pound, Virginia 24279

The defendant, Dotson, address is P.O. Box 970 Pound, Virginia 24279

The defendant, Milgrim, address is P.O. Box 970 Pound, Virginia 24279

The defendant, John Doe #5, address is P.O. Box 970 Pound, Virginia 24279

The defendant, John Doe #6, address is P.O. Box 970 Pound, Virginia 24279

The defendant, John Doe #7, address is P.O. Box 970 Pound, Virginia 24279

The defendant, John Doe #8, address is P.O. Box 970 Pound, Virginia 24279

The defendant, John Doe #9, address is P.O. Box 970 Pound, Virginia 24279

The defendant, John Doe #10, address is

-Exhibit II-

P.o. Box 970 Pound, Virginia 24279.

The defendant, Jane Poe, address is P.o. Box 970 Pound, Virginia 24279.

—Exhibit III—