Exhibit IV

DEPARTMENT OF CORRECTIONS

Written Complaint 866_F1_e

# Written Complaint

**Instructions for filing:**

- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint.*
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint.*
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

A.107

Offender Name: Demetrias Millne   Offender Number: 1705834   Housing Assignment: Medical Unit 1

Individuals Involved in Incident: Officers Melgrim / & Dotson   Date/ Time of Incident: 11/25/23 Appx 4:00 - 5pm

**TO:** Major Hall

(You must address your issue to institutional staff or an institutional department)

In the space provided explain your issue (be specific):

On 11/25/23 I was out for pid Rec & before I went out I approached officer Melgrim & Dotsol & tried to explain that I have been having issues with my hand & tried to explain my issue which he took his cuffs out & grabbed my arm to cuff me & I was told Who the fuck out my face & proceed to re-try to cuff me & I was told Who the fuck out my face & proceed to re-try to cuff me forward with officer Melgrim the whole matter was unprofessional and & my life was put in danger exposing me to an officer to attack me which Governs rules issued.

Offender Signature: _____   Date: 11/26/23

## Offenders - Do Not Write Below This Line

Date Received: **11-30-23**   Response Due: **12-15-23**   Log Number: **ROSP-23-WR1-00584**

Assigned to: **Major**

**Action Taken/Response:**

You approached Officer Milgrim and Officer Dotson and was found guilty of approaching them in a threatening manner. Officers are allowed to restrain inmates that are a threat. Your life was not put in danger. Officer Dotson and Milgrim deny any unprofessional conduct - Major Hall

Respondent Signature: _____   Printed Name and Title: Major Hall   Date: 12/11/23

**Withdrawal of Complaint:**

I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 15-day time limit has not expired.

Offender Signature: _____   Date: _____

Staff Witness: _____   Date: _____

VIRGINIA DEPARTMENT OF CORRECTIONS   Revision Date: 6.21.21

Exhibit IV



**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

Regular Grievance 866_F1_10-20

## Regular Grievance

Log Number: ROSP-23-WRI-00581

**Instructions for Filing:**

- You must first attempt to resolve your issue through the informal complaint process prior to filing a *Regular Grievance*.
- You must attach the *Written Complaint* or other documentation used to satisfy the informal complaint process.
- Your grievance must be received within 30 days from the original incident or discovery of the incident, unless a more restrictive time limit applies.
- You must fill your *Regular Grievance* out completely and correctly
- You must explain your issue and how you were personally affected in the space provided, preferably in ink.
- You must avoid the reasons for rejection at intake; if your grievance is rejected you have 5 days to appeal the rejection.
- When multiple issues are submitted on the same grievance, you will only receive a response to the exact same issue addressed through the informal complaint process. All other issues will be forwarded to appropriate staff for investigation and resolution.

| Walker Demutrius | 1705 34 | A 107 |
|---|---|---|
| **Offender Name (Last Name, First)** | **Offender Number** | **Housing Assignment** |

| CO. Milgrim / Dotson | 11-25-23 / 4:00 to 5:00 ca | |
|---|---|---|
| **Individuals Involved in Incident:** | **Date/ Time of Incident** | |

**Results of the Informal Complaint Process** (Select one of the below)

- [✓] *Written Complaint* on this issue attached
- [ ] Other documentation used to satisfy the informal complaint process is attached
- [ ] Informal complaint process is not required for this issue

**Explain Your Issue:**    (Provide a detailed explanation of the issue, your attempts to resolve the issue and how you were personally affected.)

This is in regards to Written complaint # ROSP-23-WRI-00584.
I approached CO Milgrim / Dotson about my toilet & sink acting
up. When I approached Milgrim he became hostile and told me to
step behind the red line and get the fuck out of his face. I then
was told to place my arms behind my back because I was disobeying a
direct order. I explained to them that they could not cuff me
in the pod while other offenders were out, Milgrim took this as if
I was refusing and grabbed me and rougher pushed me out of the
pod. This is a clear Violation and A clear assault. CO Milgrim
has violated o.p. 135.1 group 30 and o.p. 130.1, IV Procedure.
B. Professional Conduct; 3. Humane treatment.

**Suggested Remedy:** (Identify in the space provided below, the action you want taken)

I want an investigation in accordance with 861.1 and I
want officer Milgrim to be punished for Violating Operating procedure.

| Demutrius Wallace | 12-23-23 |
|---|---|
| **Offender Signature** | **Date** |

Exhibit 3

(Regional Ombus Man)

12-29-23

To Whom this May Concern. I am writting you all due to my regular grievences being returned to me 2 times with no response at all. The first time was for me forgetting to put my signature. after that. it was no Reason at last not that they put. I approaches CO Milgrom ? CO Dotson about my toilet ? Sink not working. When I approached Milgrin he became hostile and told me to "get the fuck out of his face and stop behind the door. We exchanged words about how he was speaking to me, He then told me to Place my arms behind my back on cuff up. I stated that they could not cuff me in the Pod while other offenders where out, Milgrin then grabbed me by the right arm an tried to cuff me while being rough with me at the same time and pushed me out the Pod. That is a Clear violation /assault. He violated O.P 135.1 group 3a and op 130.1, Iv Procedure, B Professional Conduct, 2 Humane treatment. I Want an investigation in accordance With 861.1 and I him Punished" for violating the operating procedure.

Offender D Wallace # 1705831

The Map Pro Camera System will show them giving me these Papers back on 12-29-23 at 6:00pn - 7:00 pn



VIRGINIA
**DEPARTMENT OF CORRECTIONS**

Written **Complaint** 866_F...

## Written Complaint

**Instructions for filing:**

- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint.*
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when th informal complaint process is satisfied by other documentation.

Denetrice, Wallace, 1705834
Offender Name          Offender Number

Sgt Smith
Individuals Involved in Incident

Meberat Cell 1
Housing Assignment

11/25/23/ Appx. 4:00 to 5:00pm
Date/ Time of Incident

TO: Major Hall
(You must address your issue to institutional staff or an institutional department)

**In the space provided explain your issue (be specific):**

On 11/25/23 while standing in front of Segregation cell Sgt Smith unprofessional virbally fired what the fuck are you looking at & fired don't look at me & still making more eye & with her saying that she proceeded to remove her mace out & maced me in the face for no reason. This matter was out of context, disrespectful & unprofessional & this matter should be looked at & handled accordingly to which agency this issue.

Offender Signature: D. emilius Wallace          Date: 11/26/23
Changed cells to Agit6 from medical

**Offenders - Do Not Write Below This Line**

Date Received: 11-30-23     Response Due: 12-15-23     Log Number: ROSP-23-WRI-00585
Assigned to: Major

**Action Taken/Response:**

You were disruptive during this incident. You were given multiple orders to stop your disruptive behavior and refused to comply. You turned aggressively towards Sgt Smith after orders to stop. OC spray was utilized for the protection of staff and to compel you to comply with orders. — Major Hall

Respondent Signature          Major Hall          12/11/23
Printed Name and Title          Date

RECEIVED CMBU/ISU

**Withdrawal of Complaint:**

I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 15-day time limit has not expired.

Offender Signature:          Date:

Staff Witness:          Date:

Exhibit VIII

VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance  866-PI-10-20

## Regular Grievance

Log Number: ROSP-23-WRI-00585

**Instructions for Filing:**
- You must first attempt to resolve your issue through the informal complaint process prior to filing a *Regular Grievance*.
- You must attach the *Written Complaint* or other documentation used to satisfy the informal complaint process.
- Your grievance must be received within 30 days from the original incident or discovery of the incident, unless a more restrictive time limit applies.
- You must fill your *Regular Grievance* out completely and correctly.
- You must explain your issue and how you were personally affected in the space provided, preferably in ink.
- You must avoid the reasons for rejection at intake; if your grievance is rejected you have 5 days to appeal the rejection.
- When multiple issues are submitted on the same grievance, you will only receive a response to the exact same issue addressed through the informal complaint process. All other issues will be forwarded to appropriate staff for investigation and resolution.

| Wallace Demetrius | 1705834 | A-1-7 |
|---|---|---|
| Offender Name (Last Name, First) | Offender Number | Housing Assignment |

| Sgt. Smith (Several John Does) | 11-25-251 APPX 4:00-5:00 P.M |
|---|---|
| Individuals Involved in Incident: | Date/ Time of Incident: |

**Results of the Informal Complaint Process** (Select one of the below)
- ☑ *Written Complaint* on this issue attached
- ☐ Other documentation used to satisfy the informal complaint process is attached
- ☐ Informal complaint process is not required for this issue

**Explain Your Issue:** (Provide a detailed explanation of the issue, your attempts to resolve the issue and how you were personally affected.)

This is in reference to Written Complaint log # ROSP-23-WRI-00585 on the above date and approximate time. While I was handcuffed and Shackled Standing in front of Segregation/Pillar cell 22 Sgt. Smith Stated to me "Don't look at me like that" I responded "you can't tell me where to look" She then Stated "Look at me again I'm going to Spray your ass" I looked and She Sprayed me directly in my face. After that I was Slammed and Assaulted twice by Several Sgt's and officers who I'm Still being denied there name (This is all on Body Cameras & Pod Cameras) Sgt. Smith and these other individuals Violated OP.135.1. Group 30 and OP.130.1 / IV Procedure / B. Professional Conduct / 8. Humane Treatment. Practices that involve unnecessary and unrestricted infliction of pain are prohibited.

**Suggested Remedy:** (Identify in the space provided below, the action you want taken)

I Want an Investigation in accordance to OP.861.1 an I want Sgt. Smith and the other Individuals involved punished for Violating existing Procedures / my Constitutional rights.

| Demetrius Wallace | 12-28-23 |
|---|---|
| Offender Signature | Date |

"The Man System will Show them giving the wrotten complaint and Grivance back on 12-26-23 at approximatly 6:00pm-7:00pm

( Regional OmbusMan )

LOTH PRISI-23 WTP 00383

12-29-23

To Whom This May Concern, I offender D. Wallace #1705851 Was Maced and assaulted by Several Sgt's & CO While I was in handcuffs & Shackles. I was being locked up in Pod due to A "disobeying a Direct order charge". While I was being held by 2 CO's one to my left and one to my right A Sgt Smith told me not to look at her and asked me what the fuck am I looking at, she then Pulled her mace out and told me if I look at her again I would be maced, I told her she couldn't tell me where to look at and right then she maced me in my face and eyes at Point blank range. Then Several officers lifted me off my feet and slammed me and continued to Put there Knees in my back & face and assaulting me. I Yelled to them I was in Pain that they were hurting my leg (left) due to me having A rod in my leg to replace my femur bone. They then got off of me and told me to stand up Which I did to my best of my abilities. They then gave me orders to bend my leg so they could remove the Shackers. I told them several time that my leg was numb and that I couldn't an for them to lay me down and remove them, they became fustrated and slammed me again and assulted me once again. I Since then have written several written complaints & grivances to the Major, Warden, Assistant warden & unit manger. I have also written the Medical Administrator in both forms and do not get any responses except those two that I have Put in this letter. This Compound is very known for throwing "Paper work and lying saying it wasn't filed. I am writting you all because this was my next option in exhausting my remedies I want everyone that was involved in the assault Sgt's & CO held accountable for what they did to me. I want an investigation in accordance to 8611, An I want them all punished for violating operating procedures / my Constitutional rights. Everything that I said/stated is and can be seen and heard an there Maybe Body cameras. I also have written several times to have the video an audio preserved for when I go to court but haven't gotten any response.

Exhibit X

I Demetrius Wallace State # 170583Y
am Swearing that on January 3rd 2024 I gave
my written complaints 2 regular grievances to Counselor
X Counselor Cox 9:46am                    To make copies
so that I could send it off to the Regional ousbman
to finish exhausting my administration remedies. After this is
sent out im asking to you all respond within 30 days
or im moving forward with my Civil suit. Thankyou.

X Demetrius Wallace

COUNTY OF  Wise
STATE OF VIRGINIA
SUBSCRIBED AND SWORN TO BEFORE ME
THIS 3rd DAY OF January 20 24

Christopher L Cox
NOTARY PUBLIC
MY COMMISSION EXPIRES  9-30-2025

CHRISTOPHER L COX
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7940048
My Commission Expires Setember 30, 2025



# COMMONWEALTH OF VIRGINIA

## Department of Corrections
*Division of Field Operations*
*Western Regional Office*

Gregory L. Holloway
Regional Operations Chief

3313 Plantation Road. N.E.
Roanoke, Virginia  24012
(540) 561-7050

### MEMORANDUM

DATE:    February 02, 2024

TO:    Demetrius Wallace    170 5834
Red Onion State Prison

FROM:    C. Meade
Regional Ombudsman

RE:    Correspondence regarding Regular Grievances

I have received your correspondence regarding two (2) Written Complaints that was received in the ROSP Grievance Department on 11/30/2023 ROSP-23-WRI-00585 and ROSP-23-WRI-00584. You also attached copies of Regular Grievances to these Written Complaint copies. You stated that you have not received a response to the Regular Grievances. You cannot submit an appeal until they have been processed at the Facility level.

DEPARTMENT OF CORRECTIONS

Written Complaint, 866-F1

## Written Complaint

Exhibit XII

**Instructions for filing:**

- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*.
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

| Demetrius Wallace | M059834 | A4-16  A401 |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

Sgt. Smith, CO Dotson, CO Milgrum ? other John Doe's     11-25-23 / 4:10-4:55 PM

Individuals Involved in Incident                                              Date/ Time of Incident

TO: Warden / Chief of Security / Institution Investigation Unit of ROSP

(You must address your issue to institutional staff or an institutional department)

**In the space provided explain your issue (be specific):**

At approximately 4:10-4:55 PM on 11-25-23 I was sprayed with OC spray in my face and assulted twice while in restraints with 2 officers holding me in hard cuffs and shackles. therefore I am requesting that you all preserve or hold the footage from Sgt. smith and every other sgt. that was involved axon body camera for evidence in any potential legal proceedings.

Please ? Thankyou!

| Offender Signature: Demetrius Wallace | Date: 11-28-23 |
|---|---|

**Offenders - Do Not Write Below This Line**

| Date Received: DEC 0 1 2023 | Response Due: DEC 1 6 2023 | Log Number: ROSP-23-WRI-00618 |
|---|---|---|

Assigned to: Intel

**Action Taken/Response:**

All Footage that you have requested has been saved

| M. ___ Intel Officer | T. Millis  Intel Office | 12-5-23 |
|---|---|---|
| Respondent Signature | Printed Name and Title | Date |

**Withdrawal of Complaint:**

I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 15-day time limit has not expired.

| Offender Signature: | Date: |
|---|---|
| Staff Witness: | Date: |

VIRGINIA DEPARTMENT OF CORRECTIONS

Revision Date: 6.21.2

United States District Court
For The Western District Of
Virginia

Demetrius D. Wallace          SUMMONS
Plaintiff,                         Hon.
                          Civil Action No.
Us.                       "Jury Trial Demanded."

Director Chadwick S. Dotson, et. al. (See Exhibits I,
II, and III for additional defendant(s) names and addresses.
Individually and in their official capacities,
Defendant(s),


To: Director Chadwick S. Dotson.
     Virginia Department of Corrections
     6900 Atmore Drive
     P.o. Box 26963
     Richmond, Virginia 23261


A lawsuit has been filed against you.


Within 21 days after service of this summons on
you, exclusive of the day of service of this summons
upon you, exclusive of the day of service, or 60
days if you are the United States, a United
States agency, or an officer or employee of the
United States as described in Fed. R. Civ. P.

- 1 -

12(a)(2) or (3) — you must serve on the plaintiff, Demetrius D. Wallace, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, Demetrius D. Wallace, whose address is:

Demetrius D. Wallace
#1705834
Virginia Centralized Mail Distribution Center
Red Onion State Prison
3521 Woods Way
State Farm, Virginia 23160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk of the court Date:

Additional Defendant(s) Names & Addresses

The defendant, Gregory Holloway, address is
3313 Plantation Road, NE Roanoke, Virginia
24021

The defendant, Rick White, address is P.o. Box
970 Pound, Virginia 24279

The defendant, Johnny Hall, address is P.o.
Box 970 Pound, Virginia 24279

The defendant, Massingale, address is P.o. Box
970 Pound, Virginia 24279

The defendant, Smith, address is P.o. Box 970
Pound, Virginia 24279

The defendant, John Doe, address is P.o. Box
970 Pound, Virginia 24279

The defendant, John Doe #2, address is P.o.
Box 970 Pound, Virginia 24279

The defendant, John Doe #3, address is P.o.
Box 970 Pound, Virginia 24279

- Exhibit I -

The defendant, John Doe #4, address is P.o. Box 970 Pound, Virginia 24279

The defendant, Dotson, address is P.o. Box 970 Pound, Virginia 24279

The defendant, Milgrim, address is P.o. Box 970 Pound, Virginia 24279

The defendant, John Doe #5, address is P.o. Box 970 Pound, Virginia 24279

The defendant, John Doe #6, address is P.o. Box 970 Pound, Virginia 24279

The defendant, John Doe #7, address is P.o. Box 970 Pound, Virginia 24279

The defendant, John Doe #8, address is P.o. Box 970 Pound, Virginia 24279

The defendant, John Doe #9, address is P.o. Box 970 Pound, Virginia 24279

The defendant, John Doe #10, address is

-Exhibit II-

P.o. Box 970 Pound, Virginia 24279

The defendant, Jane Doe, address is P.o. Box
970 Pound, Virginia 24279.

-Exhibit III-

United States District Court
For The Western District Of
Virginia

Demetrius D. Wallace,          COMPLAINT
Plaintiff,                     "Jury Trial Demanded"
                               Civil Action No.
Vs.                            Hon.

Director Chadwick S. Dodson, et. al.
In their individual and official capacities,
Defendant(s),

## INTRODUCTION

(1.) This is a civil rights action filed by Deme-
trius D. Wallace, a state prisoner, for damages
and injunctive relief under 42 U.S.C. § 1983,
alleging excessive use of force and denial of
medical care in violation of the Eighth Amend-
ment to the United States Constitution and
confinement in segregation in violation of the
Due Process Clause of the Fourteenth Amendment
to the Constitution.

(2.) The plaintiff, Demetrius D. Wallace, also
alleges the torts of assault, battery,
and negligence.

- 1 -

# JURISDICTION

(3.) This is a civil action authorized by 42 U.S.C. Section "1983" to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States.

(4.) This cause of action arises under the United States Constitution, enforceable pursuant to 42 U.S.C. § 1983

(5.) The court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a) (3).

(6.) Plaintiff, Demetrius D. Wallace, claim for injunctive relief are authorized by 28 U.S.C. Section 2283, 2284, and Rule 65 of the Federal Rules of Civil Procedure.

(7.) The court has supplemental jurisdiction over the plaintiff, Demetrius D. Wallace, state law tort claims under 28 U.S.C. § 1367.

# VENUE

(8.) The United States District Court for the Western District of Virginia 210 Franklin Road, SW, Suite 540 Roanoke, Virginia.

-2-

24011-2208 is an appropriate venue under 28 U.S.C. Section 1391 (b) (2) because it's where the events giving rise to these claims detailed within this complaint occurred.

## PARTIES

(9.) Plaintiff, Demetrius D. Wallace, was incarcerated at Red Onion State Prison during the events described in this complaint.

(10.) Defendant, Chadwick S. Dotson, is the director of the Virginia Department of Corrections. He is sued in his individual and official capacities.

(11.) Defendant, Gregory Holloway, is Regional Operations Chief at the Western Region of the Virginia Department of Corrections. He is sued in his individual and official capacities.

(12.) Defendant, Rick White, is the Warden of Red Onion State Prison. He is sued in his individual and official capacities.

(13.) Defendant, Johnny Hall, is the major at Red Onion State Prison. He is sued in his individual and official capacities.

(14.) Defendant, Massingale, is a lieutenant at

- 3 -

Red Onion State Prison. He is sued in his
individual capacities.

(15.) Defendant, Smith, is a sergeant at Red
Onion State Prison. She is sued in her
individual capacity.

(16.) Defendant(s), John Doe, John Doe #2,
John Doe #3, and John Doe #4 are
sergeants employed at Red Onion State
Prison whose names are presently unknown
to plaintiff, Demetrius P. Wallace. They are
sued in their individual capacities.

(17.) Defendant, Dotson, is a correctional officer
employed at Red Onion State Prison. He is
sued in his individual capacity.

(18.) Defendant, Milgrim, is a correctional officer
employed at Red Onion State Prison. He is
sued in his individual capacity.

(19.) Defendant(s), John Doe #5, John Doe #6,
John Doe #7, John Doe #8, John Doe #9,
and John Doe #10 are correctional officers
employed at Red Onion State Prison whose
names are presently unknown to plaintiff,
Demetrius P. Wallace. They are sued in their
individual capacities.

(20.) Defendant, Jane Doe, is a nurse employed

- 4 -

at Red Onion State Prison. She is sued in her individual and official Capacities.

## PLAINTIFF

(21.) Plaintiff, Demetrius D. Wallace, was and is at all times mentioned here within this complaint, a prisoner of the State of Virginia in the custody of the Virginia Department of Corrections (VADOC).

(22.) He is currently confined in Red Onion State Prison in Pound, Virginia.

## PREVIOUS LAWSUIT(s) by PLAINTIFF

(23.) Plaintiff, Demetrius D. Wallace, has no other lawsuits dealing with the same facts involved in this action or otherwise dealing with or relating to his imprisonment.

## DEFENDANT(s)

(24.) The defendant, Chadwick S. Dotson, is the Director of the State of Virginia Department of Corrections. He is legally

-5-

responsible for the overall operations of
the Virginia Department of Corrections and each
Institution under it's jurisdiction, including
Red Onion State Prison.

(25.) The defendant, Gregory Holloway, is the
Regional Operations Chief of the Western
Region of the Virginia Department of Corrections.
He is legally responsible for operation of all
of the prison in the state of Virginia within
the Western Region, including Red Onion
State Prison.

(26.) The defendant, Rick White, is the Warden
of Red Onion State Prison. He is legally respon-
sible for the operation of Red Onion State Pri-
son and for the welfare of all the inmates in
the prison.

(27.) The defendant, Johnny Hall, is the Major
of Red Onion State Prison. He is responsible
for the overall safety of inmates and the
institution.

(28.) The defendant, Massingale, is a Lieutenant
at Red Onion State Prison. He was the Watch
Command and supervisor of the shift that
the incident detailed here within happened
on.

- 6 -

(29.) The defendant, Smith, is a Sergeant at Red Onion State Prison. She was responsible over the staff and inmates inside of "A" Building on her shift.

(30.) The defendant, John Doe, is a Sergeant at Red Onion State Prison that responded to the incident detailed here within this complaint.

(31.) The defendant, John Doe #2, is a Sergeant at Red Onion State Prison that responded to the incident detailed here within this complaint.

(32.) The defendant, John Doe #3, is a Sergeant at Red Onion State Prison that responded to the incident detailed here within this complaint.

(33.) The defendant, John Doe #4, is a Sergeant at Red Onion State Prison that responded to the incident detailed here within this complaint.

(34.) The defendant, Dotson, is a correctional officer at the State of Virginia Department of Corrections who, at all times mentioned in this complaint, held the rank of Corrections Officer and was assigned to Red Onion State Prison.

- 7 -

(35.) The defendant, Milgrim, is a correctional officer of the State of Virginia Department of Corrections who, at all times mentioned in this complaint, held the rank of Corrections Officer and was assigned to Red Onion State Prison.

(36.) The defendant, John Doe #5, is a correctional officer of the State of Virginia Department of Corrections who, at all times mentioned in this complaint, held the rank of Corrections Officer and was assigned to Red Onion State Prison.

(37.) The defendant, John Doe #6, is a correctional officer of the State of Virginia Department of Corrections who, at all times mentioned in this complaint, held the rank of Corrections Officer and was assigned to Red Onion State Prison.

(38.) The defendant, John Doe #7, is a correctional officer of the State of Virginia Department of Corrections who, at all times mentioned in this complaint, held the rank of Corrections Officer and was assigned to Red Onion State Prison.

(39.) The defendant, John Doe #8, is a correctional officer of the State of Virginia Department of Corrections who, at all times menti-

oned in this complaint, held the rank of
Corrections Officer and was assigned to Red
Onion State Prison.

(40.) The defendant, John Doe #9, is a correct-
ional officer at the State of Virginia Department
of Corrections who, at all times mentioned in
this complaint, held the rank of Corrections
Officer and was assigned to Red Onion
State Prison.

(41.) The defendant, John Doe #10, is a correctional
officer at the State of Virginia Department of
Corrections who, at all times mentioned in this
complaint, held the rank of Corrections Officer
and was assigned to Red Onion State Prison.

(42.) The defendant, Jane Doe, is a nurse at
Red Onion State Prison and is legally responsible
to check all inmates after they are involved in
any type of physical altercation.

(43.) At all times mentioned in this complaint each
defendant acted under the color of State law

## STATEMENT OF FACTS

(44.) On the date of November 25th 2023 I
was incarcerated at Red Onion State Prison.

- 9 -

(45.) I was out of my cell on the pod enjoy-
ing my out of bed area activities.

(46.) At the end of my out of bed area activity
time, I approached Correctional officer's Dotson
and Milgrim and made them aware that
I have been having problems with my sink
and toilet for weeks and they still haven't
been fixed.

(47.) Officer's Milgrim and Dotson then become
extremely aggressive and hostile towards me
saying things such as "Shut the fuck up", "Get
the fuck out of my face", "Lock your dumb
ass down", and various other things that
were degrading and disrespectful.

(48.) I then stated that I just want my toilet
fixed because prior to this altercation I had
been using the restroom in the shower over
the duration of my toilet being broke.

(49.) Correctional Officer Milgrim then removed his
handcuffs from his waist and said "I'm
locking his dumb ass up" to Correctional Offic-
er Dotson, and then told me "Turn around
and cuff the hell up".

(50.) I was then cuffed by Correctional Office
Milgrim. After placing the cuffs on my wrist

— 10 —

he squeezed the cuffs extremly tight to the point where I had no blood flow or circulation throughout both of my hands.

(51.) He then grabbed my arm in an aggressive manner that had my elbow at an odd angle and caused me extreme pain.

(52.) Correctional Officer Milgrim then stated "I hope one of these inmates bent your ass while your in the hand cuffs."

(53.) I was then removed from the pod and was told that I was being placed in the hole for a "disobeying a direct order" charge by the responding Sgt. of my build which is Sgt. Smith.

(54.) Sgt. Smith responded to the Incident with Sgt. John Doe, Sgt. John Doe #3, Correctional Officer's John Doe #5, John Doe #6, John Doe #7, John Doe #8, and John Doe #9 to transport me to segregation.

(55.) Once we made it to segregation I turned to Sgt. Smith and asked her "Why am I being placed in segregation if all I wanted was my toilet fixed?"

(56.) Sgt. Smith then looked at me and said "Stop fucking talking to me and looking at

- 11 -

me" as she removed her mace canister.

(57.) I then told Sgt. Smith that I could look wherever I want and that she can't tell me where to look and where not to look.

(58.) Sgt. Smith then maced me directly in my face and eyes at point blank range for no reason.

(59.) After I was maced, Sgt. John Doe, Sgt. John Doe #3, Correctional Officer John Doe #5, John Doe #6, John Doe #7, John Doe #8, and John Doe #9 then lifted me off of my feet into the air and then slammed me extremely hard onto a solid concrete floor while I was in handcuffs and shackles.

(60.) While on the ground they proceeded to put there knees on my back and neck causing me extremely unbearable pain in my back and also unable to breath due to the knee's that were on my neck/facial region.

(61.) I started to gasp for air telling that I cant breath and that I have rods in my leg to replace my femur and they continued to apply pressure to it as I called out begging them to stop.

(62.) Lt. Massingale, Sgt John Doe #2, Sgt John Doe #4, and

- 12 -

correctional officer #10 then responded to
this incident and then told me to stand
up but I couldn't due to all of the knees
that were on various parts of my body.

(63.) They then removed their knees off of me
and then I stood up to the best of my abilities.

(64.) Once I was completely erect I made them
aware that I couldn't feel my legs and asked
them could they please fix my leg shackles be-
cause they had become to tight while I was
on the ground and they were on top of me.

(65.) After I asked them several more times (because
they were ignoring me) I was then assaulted
again by all of them and then threw in a
Segregation cell.

(66.) While in my cell in segregation I continued to
ask every employee of the prison that would walk
pass to please get the nurse for me because
I was in unbearable pain all over my body and
still had an tremendous amount of mace in my
eyes.

(67.) Even though it's Virginia Department of Corrections
policy to have a nurse check an inmate out
after any force is used, a nurse was never
provided to me.

- 13 -

(68.) I then over the course of the next
couple of days after the incident, wrote
the medical administrator to try and get
checked out but never recieved a response.

(69.) Also I had to submit multiple written
complaints and grievances because the insti-
tution kept acting like they lost my paper-
work that I was filing because I made
them aware that I wanted all of the
body cam footage saved for a future civil
suit (See Exhibit's IV, V, VI, VII, VIII, X,
and XI.)

(70.) Lastly, I would like this honorable court to
know that these are not just mere allegations,
these are all facts that were observed on
Video footage that has been saved. (See Exh-
ibit XII).

(71.) All of the defendants mentioned in these
facts lacked penological and/or security
justification to treat plaintiff; Demetrius P.
Wallace in the manner as described above.

(72.) All of the defendants mentioned above acted
wantonly, maliciously, and willfully to cause
plaintiff, Demetrius P. Wallace pain and
suffering.

— 14 —

## STATEMENT OF CLAIM

(73.) At all times here within, the defendant(s) were "persons" for purposes of 42 U.S.C. Section "1983" and acted under color of law to deprive the plaintiff, Demetrius D. Wallace, of his constitutional rights, as set forth more fully detailed within this complaint.

## EXHAUSTION OF LEGAL REMEDIES

(74.) Plaintiff, Demetrius D. Wallace, used the prisoner grievance procedure available at Red Onion State Prison to try and solve the problems detailed within this complaint.

(75.) After presenting the facts to the appropriate authorities within the prison and outside of the prison through written complaints and then through grievances, plaintiff, Demetrius D. Wallace, was sent a response to each grievance stating that they had been denied and unfounded.

(76.) Due to this, plaintiff, Demetrius D. Wallace, has exhausted his administrative remedies with

— 15 —

respect to all claims and defendant(s) (See
Exhibit's IV, V, VI, VII, VIII, IX, X,
and XI)

## LEGAL CLAIMS FOR RELIEF

(77) Plaintiff, Demetrius D. Wallace, allege and inc-
orporate by reference paragraphs 1-76

(78.) The beating and deliberate indifference to
medical needs violated plaintiff, Demetrius D.
Wallace, rights and constituted cruel and
unusual punishment under the Eighth Amend-
ment to the United States Constitution.

(79.) The plaintiff, Demetrius D. Wallace, has no plain,
adequate or complete remedy at law to redress
the wrongs described here within. Plaintiff, De-
metrius D. Wallace, has been and will continue
to be irreparably injured by the conduct of
the defendants unless this court grants the
declatory and injunctive relief which plaintiff,
Demetrius D. Wallace, seeks.

## PRAYER FOR RELIEF WHEREFORE

(80.) Plaintiff, Demetrius D. Wallace, respectfully

- 16 -

prays that this court enter judgment grant-
ing plaintiff:

(A.) Issue a declatory judgment stating that:
   (1.) The physical abuse of the plaintiff by
   defendant(s) Milgrim, Dotson, Sgt. Smith,
   Sgt. John Doe, Sgt. John Doe #3, Correctional
   Officers John Doe #5, John Doe #6, John
   Doe #7, John Doe #8, John Doe #9, Lt. M-
   assingale, Sgt. John Doe #2, and Sgt. John
   Doe #4 violated the plaintiff's rights under
   the Eighth Amendment to the United States
   Constitution and constituted an assault and
   battery under state law.
   (2.) Defendant(s), Major Hall, Sgt. Smith, and Lt.
   Massingale's failure to take action to curb
   the physical abuse of prisoners violated the
   plaintiff's rights under the Eighth Amendment
   to the United States Constitution and const-
   ituted an assault and battery under state law.
   (3.) Defendant, Nurse Jane Doe, actions in fail-
   ing to provide adequate medical care for the
   plaintiff violated the plaintiff's rights under
   the Eighth Amendment to the United Sta-
   tes Constitution.

— 18 —

(B.) Issue an injunction ordering defendants Ricki White, Major Hall, or their agents to:

(1) Immediately arrange for the plaintiff's need for physical therapy or other follow up medical treatment to be evaluated by a medical practitioner with expertise in the treatment of replaced femur bones; and

(2) Carry out without delay the treatment directed by such medical practitioner.

(C.) Issue an injunction ordering defendant Major Johnny Hall to:

(1) Expunge the disciplinary convictions described in this complaint from the plaintiff's institutional record.

(D.) Award compensatory damages in the following amounts:

(1.) $250,000.00 jointly and severally against defendants Sgt. John Doe, Sgt. John Doe #2, Sgt. John Doe #3, Sgt. John Doe #4, Correctional Officer's John Doe #5, John Doe #6, John Doe #7, John Doe #8, John Doe #8, John Doe #9, and John Doe #10 for the physical and emotional injuries sustained as a result of the plaintiff's beating.

(2). $50,000.00 jointly and severally against defen-

dants Sgt. Smith and Lt. Massripale for
the physical and emotional injury that were
sustained as a result of the plaintiff's beating
also including deprivation of liberty, amenity
and emotional injury from their denial of due
process in connection with the false charge and
disciplinary proceedings relating to this matter.

(3.) $50,000.00 against defendants Rick White,
Major Johnny Hall, and Nurse Jane Doe for
the physical and emotional injury resulting
from their failure to provide adequate med-
ical care to the plaintiff.

(4.) $25,000.00 against defendant Gregory
Holloway for failing to properly investigate
the matters detailed in this complaint and
also failing to acknowledge multiple grievances
that were sent to him regarding this matter.

(E.) Award punitive damages in the following amounts:
(1.) $10,000.00 each against defendants Sgt. John
Doe, Sgt. John Doe #2, Sgt. John Doe #3, Sgt.
John Doe #4, Correctional Officer's John Doe
#5, John Doe #6, John Doe #7, John Doe
#8, John Doe #9, and John Doe #
10,

(2) $20,000.00 each against defendant(s)
Sgt. Smith and Lt. Massingale;

(3.) $15,000.00 against defendant Jane Doe.

(F.) A jury trial on all issues triable by jury.

(G.) Plaintiff's cost in this suit.

(H.) Enter an injunction requiring the defendants, their
agents, subordinates, employees, and all others acting
in concert with them to cease their unconstitutional
and unlawful practices and to remedy their viol-
ations of the Constitution and the laws.

(I.) Any additional relief that this court deems just,
proper, and equitable.


Date:                          _Demetrius Wallace_
                               Demetrius D. Wallace

Respectfully submitted,


Demetrius D. Wallace
#1705834
Virginia Centralized Mail Distribution Center
Red Onion State Prison
3521 Woods Way
State Farm, Virginia 23160

-20-

UNITED STATES DISTRICT COURT for the WESTERN DISTRICT OF VIRGINIA

# NOTICE TO PARTIES OF RIGHT TO CONSENT
## TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE

Demetrius D. Wallace

Plaintiff(s)

v.

CIVIL ACTION NO._____

(Assigned by Clerk's Office)

Director Chadwick S. Dotson, et. al.

Defendant(s)

In accordance with the provisions of Title 28, U.S.C. § 636(c), and Federal Rule of Civil Procedure 73, you are hereby notified that a United States Magistrate Judge of this district court is available to exercise the court's jurisdiction and to conduct any or all proceedings in this case including a jury or nonjury trial, and entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge may be taken directly to the United States Court of Appeals for the Fourth Circuit in the same manner as an appeal from any other judgment of a district court.

If you desire to consent to this action, please indicate so by signing below and returning the form to the Clerk's Office.

Demetrius D. Wallace                                    3/1/24

Printed Name                                            Date

Demetrius Wallace

Signature

# Verification

I have read the foregoing complaint and I, plaintiff, Demetrius D. Wallace, state that I am the plaintiff in this action, and I know the content of the above complaint; that is true of my own knowledge, except as to those matters that are stated to be based on information and belief; as to those matters, I believe them to be true. I further state that I believe the factual assertations are sufficient to support a claim of violation of constitutional rights; Further, I verify that I am aware of the provisions set forth in 28 U.S.C. § 1915 that prohibits an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal, in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fee's. Pursuant to 28 U.S.C. § 1746, I declare and verify under the penalty of perjury under the laws of the United

- 21 -

States of America that the foregoing is
true and correct.

Executed at Pound, Virginia on 03 / 01 / 24

Demetrius Wallace

Demetrius D. Wallace

Commonwealth of Virginia
County of: Wise, Virginia

Subscribed and sworn to before me on this
29th day of February 2024.

My comission expires 10/31/2026

Notary Public

Demetrius D. Wallace
# 1705834
Virginia Centralized Mail Distribution Center
3521 Woods Way
State Farm, Virginia 23160

DEVIN DOTSON
NOTARY PUBLIC
REG. #7973941
MY COMMISSION EXPIRES
10/31/2026
COMMONWEALTH OF VIRGINIA

— 22 —