(Please File Stamp & Return Original (Pt.))

United States District Court
For The Western District Of
Virginia

Demetrius D. Wallace                    SUMMONS
Plaintiff,
                                        Hon. _____

                                        Civil Action No. _____
Vs.
                                        "Jury Trial Demanded."

Director Chadwick S. Dotson, et. al. (See Exhibit's I,
II, and III for additional defendant(s) names and addresses.
Individually and in their official capacities,
Defendant(s),

To: Director Chadwick S. Dotson.
    Virginia Department of Corrections
    6900 Atmore Drive
    P.O. Box 26963
    Richmond, Virginia 23261

A lawsuit has been filed against you.

Within 21 days after service of this summons on you, exclusive of the day of service of this summons upon you, exclusive of the day of service, or 60 days if you are the United States, a United States agency, or an officer or employee of the United States as described in Fed. R. Civ. P.

- 1 -

12(a)(2) or (3) - you must serve on the plaintiff, Demetrius D. Wallace, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, Demetrius D. Wallace, whose address is:

Demetrius D. Wallace
#1705834
Virginia Centralized Mail Distribution Center
Red Onion State Prison
3521 Woods Way
State Farm, Virginia 23160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk of the court Date: